FILED ✓
ENTERED ___   RECEIVED ___
              SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-582-JCM (GWF) |
| ANDREW THORNS, ) a.k.a. "Concrete", ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On March 24, 2011, the United States e-filed a proposed Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2). This proposed Order of Forfeiture was served on counsel for the defendant on March 24, 2011. No objection to the entry of the Order of Forfeiture was filed. This Court did not sign or enter the Order of Forfeiture. Pursuant to the Plea Memorandum, ANDREW THORNS agreed to the forfeiture of a criminal forfeiture money judgment of $2,665.00 in United States Currency.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANDREW THORNS a criminal forfeiture money judgment in the amount of $2,665.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) and Title 21, United States Code, Section 853(a)(1).

DATED this _____ day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE