RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Andrew Thorns

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW THORNS,<br><br>        Defendant. | Case No. 2:10-cr-582-JCM-GWF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Andrew Thorns, that the Revocation Hearing currently scheduled on June 19, 2018 at 10:30 am, be vacated and continued to July 5, 2018 at 10:30 a.m.

    This Stipulation is entered into for the following reasons:

    1.    The parties need additional time to meet and confer regarding the new offense conduct allegations in an attempt to reach a global resolution with pending state matters.

    2.    The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 11th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-582-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| ANDREW THORNS, | |
| Defendant. | |

ORDER

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case, that the revocation hearing currently scheduled for Tuesday, June 19, 2018 at 10:30 a.m., be vacated and continued to **Thursday, July 5, 2018 at 10:30 a.m.**

IT IS SO ORDERED:

DATED June 12, 2018.

_____
UNITED STATES DISTRICT JUDGE